UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:18-cv-00007-GFVT
*Electronically Filed*

CARLOS ROMERO HERNANDEZ                                                      PLAINTIFF

v.  **NOTICE TO TAKE VIDEOTAPED DEPOSITION OF
WILLIAMS RESTORATION & WATERPROOFING, INC. PURSUANT
TO FED. R. CIV. P. 45 AND 30(B)(6)**

BRANDSAFWAY SOLUTIONS, LLC
F/K/A MOBLEYSAFWAY SOLUTIONS, LLC
F/K/A MOBLEY INDUSTRIAL SERVICES, LLC                                        DEFENDANT

*****************************************

PLEASE TAKE NOTICE that Defendant BrandSafway Solutions, LLC f/k/a MobleySafway Solutions, LLC f/k/a Mobley Industrial Services, LLC ("BrandSafway"), pursuant to Fed. R. Civ. P. 45(a) and 30(b)(6), shall take the videotaped deposition of Williams Restoration & Waterproofing, Inc. ("Williams Restoration") on **April 4, 2019**, beginning at the hour of **9:00 a.m.**, local prevailing time and continuing until complete, at the offices of Timothy L. Bowden, Attorney at Law, 306 Northcreek Blvd., Suite 200, Goodlettsville, Tennessee 37072. The deposition will be conducted before an officer authorized to administer oaths and will be recorded by videographic and stenographic means. The deposition shall be conducted for the purpose of discovery and for any other purpose permitted by the Federal Rules of Civil Procedure.

Pursuant to Federal Rule 30(b)(6), Williams Restoration is hereby advised that it must designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and that it may set out the matters on which each person designated will testify.

Williams Restoration must designate a witness to testify on the following topics:

1.  The organizational and management structure of Williams Restoration, including its owners, officers, directors and shareholders, and the identity of those individuals who report directly to the officers of the company.

2.  All documents produced by Williams Restoration in connection with this matter, whether provided to Kentucky OSH in its investigation or produced in response to any subpoena.

3.  The training history and any accompanying records for all safety training offered to or completed by Williams Restoration employees Valentin Trujillo and Carlos Romero Hernandez prior to or on February 15, 2017.

4.  The employment history and performance of Carlos Romero Hernandez with Williams Restoration, including hiring, changes in job responsibilities, disciplinary actions, and any safety violations, including all documentation related thereto.

5.  All safety and inspection policies, procedures, and documentation in effect at the time Williams Restoration performed cleaning and restoration work on the Kentucky State Capitol building in Frankfort, Kentucky, in late 2016 and early 2017 ("Capitol Project"), including but not limited to all policies and procedures pertaining to inspection and use of scaffolding on the project.

6.  All communications, whether internal or external, verbal or written, pertaining to the erection, maintenance, tagging, use, and removal of scaffolding on the Capitol Project.

7. Any investigation performed by Williams Restoration into the incident involving a fall by Carlos Romero Hernandez at the Capitol Project on February 15, 2017 ("Incident"), including all information learned during that investigation about the circumstances and possible causes of the Incident.

8. The identity of all Williams Restoration owners, officers and employees who may have knowledge of the Incident or the erection, maintenance, tagging, use, and removal of the scaffolding on the Capitol Project, including any individuals who took photographs or videos of the scaffolding or the area where the Incident occurred at any time, or who have given a statement regarding the Incident.

9. The work activities, including all documents reflecting the same, that Williams Restoration was performing at the Capitol Project on the day of the Incident and the 10 days preceding the Incident.

10. Williams Restoration's participation in and response to the investigations performed by Kentucky OSH into the Incident and the citations issued by Kentucky OSH to Williams Restoration in connection with the Incident.

11. Williams Restoration's worker's compensation policy and coverage in effect on February 15, 2017.

Respectfully submitted,

By: /s/ Matthew R. Parsons

Matthew R. Parsons
Matt.parsons@skofirm.com
STOLL KEENON OGDEN PLLC
300 West Vine Street
Suite 2100
Lexington, KY 40507-1801
Tel:  (859) 231-3000
Fax:  (859) 253-1093
*Counsel for Defendant*

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served to the following on this 4th day of March, 2019:

***Via electronic and U.S. mail:***
George D. Jonson
G. Todd Hoffpauir
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, Ohio 45252
Tel:  (513) 241-4722
Fax:  (513) 241-8775
*Counsel for Plaintiff*

***Via electronic mail and overnight courier:***
Everett Holzapfel III
Williams Restoration & Waterproofing, Inc.
141 Jones Boulevard
La Vergne, TN  37086
Everett@williamsrestorationtn.com

***Via electronic mail:***
Christopher D. Cravens
chrisdcravens@bellsouth.net


                                      By:  /s/ Matthew R. Parsons
                                          *Counsel for Defendant*

121765.159959/7892323.1